UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

17cv1184

TREVOR LUCAS,

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

FEDERAL BUREAU OF PRISONS and
KETTISHA MANSON-WALKER,

**COMPLAINT**

Pursuant to <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) and the Administrative Procedures Act, 5 U.S.C. § 701

Jury Trial: ☐ Yes ☒ No
(check one)

RECEIVED
SDNY DOCKET UNIT
2017 FEB -8 PM 3:23

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   Trevor Lucas
            ID #   07200-090
            Current Institution   FCI Otisville
            Address   P.O. Box 1000
                      Otisville, NY 10963-1000

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   Federal Bureau of Prisons   Shield # _____
                  Where Currently Employed   (federal agency)
                  Address   320 1st Street, N.W.
                            Washington, DC 20534

Rev. 05/2010

Defendant No. 2      Name  Kettisha Manson-Walker                Shield #_____
                     Where Currently Employed  Case Manager, FCI Otisville
                     Address  P.O. Box 600
                              Otisville, NY 10963-0600

Defendant No. 3      Name _____ Shield #_____
                     Where Currently Employed _____
                     Address _____

Defendant No. 4      Name _____ Shield #_____
                     Where Currently Employed _____
                     Address _____

Defendant No. 5      Name _____ Shield #_____
                     Where Currently Employed _____
                     Address _____

II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
     FCI Otisville - Otisville, New York

B.   Where in the institution did the events giving rise to your claim(s) occur?
     Claim involves an administrative decision.

C.   What date and approximate time did the events giving rise to your claim(s) occur?
     July 18, 2016

D. Facts: Plaintiff seeks review of an agency action alleged to be arbitrary, capricious, and unreasonable. In addition, Plaintiff alleges constitutional violations. Plaintiff is currently serving a term of imprisonment in the Federal Bureau of Prisons ("BOP") at FCI Otisville. Plaintiff has been confined at said facility since sometime in 2011. Inmates confined in the BOP are afforded limited e-mail access through TRULINCS, unless restricted from using the system. The BOP has adopted Program Statement 4500.11, which among other things details regulations applicable to TRULINCS, including the basis upon which an inmate may be restricted from using the system. The Program Statement provides that an inmate should be restricted only "when absolutely necessary to protect the safety, security, or orderly running of the correctional facility, or the protection of the public or staff." Only the Warden of a facility may impose such a restriction, and that authority may not be delegated by the Warden to any staff member below Associate Warden. Between the time of Plaintiff's arrival at FCI Otisville and July 18, 2016, Plaintiff was permitted to use TRULINCS and regularly did so without any incidents of misconduct. On July 18, 2016, Defendant Walker restricted Plaintiff from using the system any further. Although the written notice provided to Plaintiff indicates the action was taken due to the nature of his offense, Defendant Walker actually took the action in retaliation for [continued on next page]

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. As a result of arbitrary and capricious action by Defendant Walker, Plaintiff has been deprived of access to TRULINCS e-mail, which Plaintiff contends constitutes an abuse of discretion by the BOP. In addition, Plaintiff's First, Fifth, and Fourteenth Amendment rights under the Constitution have been violated, in that the action taken was intended to interfere with lawful speech, was taken contrary to BOP policy, and has not been equally applied to similarly situated inmates within the BOP.

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes  X   No ___

-3-

Plaintiff seeking copies of various documents contained in his BOP central file. There was, in fact, no reasonable basis to impose the restriction, given that Plaintiff had been permitted to use the system for the previous five years without any incident of misconduct. In addition, Defendant Walker acted without authority to impose the restriction under BOP policy, since she is neither the Warden of the facility, nor an Associate Warden to whom the Warden has delegated such authority. Defendant Walker's action, as an employee of the BOP, constitutes an adverse agency action subject to review under 5 U.S.C. § 701, et seq. Further, Defendant Walker's action violates Plaintiff's First, Fifth, and Fourteenth Amendment rights under the United States Constitution.

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
FCI Otisville

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes _X_   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes _X_   No ___   Do Not Know ___

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes _X_   No ___

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ___   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?
   FCI Otisville

   1. Which claim(s) in this complaint did you grieve? TRULINCS e-mail restriction improperly imposed.

   2. What was the result, if any? Denied by Acting Warden D.S. Kulick on September 14, 2016.

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. Appeal to Regional Director denied on October 25, 2016. Appeal to Central Office denied by National Inmate Appeals Administrator on December 6, 2016. As a result, all administrative remedies have been exhausted.

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: _____

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

-5-

*Rev. 05/2010*

when and how, and their response, if any: _____

_____
_____
_____
_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____
_____
_____
_____
_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). <u>Plaintiff seeks a declaration that the agency action taken violates the Administrative Procedures Act and Plaintiff's constitutional rights. Plaintiff further seeks an injunction directing the Federal Bureau of Prisons to reinstate his access to TRULINCS e-mail. Plaintiff requests an award of costs and and any attorney's fees incurred, but no monetary damages are sought.</u>

VI. Previous lawsuits:

[On these claims]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No _X_

-6-

*Rev. 05/2010*

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ____ No __X__

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this <u>30</u> day of <u>January</u>, 20<u>17</u>.

|  |  |
|---|---|
| Signature of Plaintiff | *[signature]* |
| Inmate Number | Trevor Lucas<br>Reg. No. 07200-090 |
| Institution Address | FCI Otisville<br>P.O. Box 1000<br>Otisville, NY 10963-1000 |

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this <u>30</u> day of <u>January</u>, 20<u>17</u>, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *[signature]* Not Applicable – mailed via third-party with required filing fee included.

JS-44C/SDNY
REV. 5/2010

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**

Trevor Lucas

**DEFENDANTS**

Federal Bureau of Prisons and Kettisha Manson-Walker

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Pro Se

**ATTORNEYS (IF KNOWN)**

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE) (DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this or a similar case been previously filed in SDNY at any time? No?[X] Yes?[ ] Judge Previously Assigned

If yes, was this case Vol.[ ] Invol.[ ] Dismissed. No[ ] Yes[ ] If yes, give date _____ & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY)

## NATURE OF SUIT

**TORTS**

**CONTRACT**
- [ ] 110 INSURANCE
- [ ] 120 MARINE
- [ ] 130 MILLER ACT
- [ ] 140 NEGOTIABLE INSTRUMENT
- [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [ ] 151 MEDICARE ACT
- [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
- [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
- [ ] 160 STOCKHOLDERS SUITS
- [ ] 190 OTHER CONTRACT
- [ ] 195 CONTRACT PRODUCT LIABILITY
- [ ] 196 FRANCHISE

**REAL PROPERTY**
- [ ] 210 LAND CONDEMNATION
- [ ] 220 FORECLOSURE
- [ ] 230 RENT LEASE & EJECTMENT
- [ ] 240 TORTS TO LAND
- [ ] 245 TORT PRODUCT LIABILITY
- [ ] 290 ALL OTHER REAL PROPERTY

**PERSONAL INJURY**
- [ ] 310 AIRPLANE
- [ ] 315 AIRPLANE PRODUCT LIABILITY
- [ ] 320 ASSAULT, LIBEL & SLANDER
- [ ] 330 FEDERAL EMPLOYERS' LIABILITY
- [ ] 340 MARINE
- [ ] 345 MARINE PRODUCT LIABILITY
- [ ] 350 MOTOR VEHICLE
- [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
- [ ] 360 OTHER PERSONAL INJURY

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**
- [ ] 441 VOTING
- [ ] 442 EMPLOYMENT
- [ ] 443 HOUSING/ ACCOMMODATIONS
- [ ] 444 WELFARE
- [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
- [ ] 446 AMERICANS WITH DISABILITIES -OTHER
- [ ] 440 OTHER CIVIL RIGHTS

**PERSONAL INJURY**
- [ ] 362 PERSONAL INJURY - MED MALPRACTICE
- [ ] 365 PERSONAL INJURY PRODUCT LIABILITY
- [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
- [ ] 370 OTHER FRAUD
- [ ] 371 TRUTH IN LENDING
- [ ] 380 OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**
- [ ] 510 MOTIONS TO VACATE SENTENCE 20 USC 2255
- [ ] 530 HABEAS CORPUS
- [ ] 535 DEATH PENALTY
- [ ] 540 MANDAMUS & OTHER
- [X] 550 CIVIL RIGHTS
- [ ] 555 PRISON CONDITION

**FORFEITURE/PENALTY**
- [ ] 610 AGRICULTURE
- [ ] 620 OTHER FOOD & DRUG
- [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 630 LIQUOR LAWS
- [ ] 640 RR & TRUCK
- [ ] 650 AIRLINE REGS
- [ ] 660 OCCUPATIONAL SAFETY/HEALTH
- [ ] 690 OTHER

**LABOR**
- [ ] 710 FAIR LABOR STANDARDS ACT
- [ ] 720 LABOR/MGMT RELATIONS
- [ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
- [ ] 740 RAILWAY LABOR ACT
- [ ] 790 OTHER LABOR LITIGATION
- [ ] 791 EMPL RET INC SECURITY ACT

**IMMIGRATION**
- [ ] 462 NATURALIZATION APPLICATION
- [ ] 463 HABEAS CORPUS- ALIEN DETAINEE
- [ ] 465 OTHER IMMIGRATION ACTIONS

**ACTIONS UNDER STATUTES**

**BANKRUPTCY**
- [ ] 422 APPEAL 28 USC 158
- [ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 COPYRIGHTS
- [ ] 830 PATENT
- [ ] 840 TRADEMARK

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 BLACK LUNG (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID TITLE XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 TAXES (U.S. Plaintiff or Defendant)
- [ ] 871 IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**
- [ ] 400 STATE REAPPORTIONMENT
- [ ] 410 ANTITRUST
- [ ] 430 BANKS & BANKING
- [ ] 450 COMMERCE
- [ ] 460 DEPORTATION
- [ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
- [ ] 480 CONSUMER CREDIT
- [ ] 490 CABLE/SATELLITE TV
- [ ] 810 SELECTIVE SERVICE
- [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
- [ ] 875 CUSTOMER CHALLENGE 12 USC 3410
- [ ] 890 OTHER STATUTORY ACTIONS
- [ ] 891 AGRICULTURAL ACTS
- [ ] 892 ECONOMIC STABILIZATION ACT
- [ ] 893 ENVIRONMENTAL MATTERS
- [ ] 894 ENERGY ALLOCATION ACT
- [ ] 895 FREEDOM OF INFORMATION ACT
- [ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
- [ ] 950 CONSTITUTIONALITY OF STATE STATUTES

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____ OTHER _____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES [X] NO

2017 FEB -8 PM 3:23
SDNY DOCKET UNIT
RECEIVED

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE _____ DOCKET NUMBER _____

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(PLACE AN X IN ONE BOX ONLY)    **ORIGIN**

[X] 1 Original Proceeding
[ ] 2a. Removed from State Court
[ ] 2b. Removed from State Court AND at least one party is pro se.
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judge Judgment

(PLACE AN X IN ONE BOX ONLY)    **BASIS OF JURISDICTION**    IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1322, 1441)

[ ] 1 U.S. PLAINTIFF   [ ] 2 U.S. DEFENDANT   [X] 3 FEDERAL QUESTION (U.S. NOT A PARTY)   [ ] 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)
(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)




DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)




DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:




Check one: THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [ ] MANHATTAN
(DO NOT check either box if this a PRISONER PETITION.)

DATE 1/30/17   SIGNATURE OF ATTORNEY OF RECORD   ADMITTED TO PRACTICE IN THIS DISTRICT
RECEIPT #                                        [X] NO  Pro Se Non-attorney
                                                 [ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
                                                 Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

January 30, 2017

Clerk of U.S. District Court
Attn: Pro Se Office, Room 230
500 Pearl Street
New York, NY 10007

Dear Sir/Madam:

Enclosed please find the following documents which are submitted for the purpose of commencing a new civil action:

1. Civil Cover Sheet; and

2. Complaint.

Also enclosed please find payment in the amount of $400.00 for the required filing fee.

Thank you for your assistance with this matter.

Very truly yours,

Trevor Lucas
Reg. No. 07200-090
FCI Otisville
P.O. Box 1000
Otisville, NY 10963-1000

enclosures

2017 FEB -8 PM 3:23
SDNY DOCKET UNIT
RECEIVED